# UNITED STATES DISTRICT COURT
## for the
## Southern District of New York

THE NEW YORK TIMES COMPANY and CHARLIE
SAVAGE

<table>
<tr><td>Plaintiff</td><td>)<br>)<br>)</td><td></td></tr>
<tr><td>v.</td><td>)<br>)</td><td>Civil Action No. 1:26-cv-02980</td></tr>
<tr><td>UNITED STATES DEPARTMENT OF JUSTICE</td><td>)<br>)</td><td></td></tr>
<tr><td>Defendant</td><td>)</td><td></td></tr>
</table>

## SUMMONS IN A CIVIL ACTION

To:     (Defendant's name and address)

United States Department of
Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

A lawsuit has been filed against you.

Within 30 days after service of this summons on you (not counting the day you received it) you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

David McCraw
Legal Department
The New York Times Company
620 Eighth Avenue
New York, NY 10018

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

**CLERK OF COURT**

Date: 04/14/2026

/S/ V. BRAHIMI

Signature of Clerk or Deputy Clerk