UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____ X

THE NEW YORK TIMES COMPANY and CHARLIE
SAVAGE,                                          :

              Plaintiffs,               :
                                     26-cv-02980 (MMG)
              v.                            :

UNITED STATES DEPARTMENT OF JUSTICE,             :

              Defendant.                 :
_____ X

## CERTIFICATE OF SERVICE

I hereby certify that on the 4th day of May, 2026, true and correct copies of the Court's

April 14, 2026, Order (ECF No. 7) and the Court's Individual Rules & Practices were served by

email on Jeffrey Oestericher, Chief of the Civil Division, U.S. Attorney's Office for the Southern

District of New York, which represents Defendant.

Dated: May 11, 2026

                                           */s/ Al-Amyn Sumar*
                                           Al-Amyn Sumar
                                           Legal Department
                                           The New York Times Company
                                           620 8th Avenue
                                           New York, NY 10018
                                           Phone: (202) 862-7705
                                           Email: al-amyn.sumar@nytimes.com

                                         *Counsel for Plaintiffs*