

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

May 18, 2026

**BY ECF**
Hon. Margaret M. Garnett
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

> Re:   *The New York Times Co. v. U.S. Dep't of Justice*, 26-cv-2980 (MMG)

Dear Judge Garnett:

This Office represents Defendant the United States Department of Justice ("DOJ" or the "Government") in the above-referenced action brought by Plaintiffs the New York Times Company and Charlie Savage pursuant to the Freedom of Information Act ("FOIA"). I am writing to advise the Court that Plaintiff consents to the 30-day extension that the Government requested on May 15, 2026, of the deadline for the Government to file its answer, *see* ECF No. 10.

Additionally, the parties request that the Court adjourn the initial conference that is currently scheduled for May 28, 2026, at 9:30am, ECF No. 7, and the letter that is due in advance of that conference, also by 30 days. The reason for this request is that, as the Government advised in its May 15, 2026 letter, undersigned counsel needs additional time to confer with the agency regarding the status of the FOIA requests at issue. This is the first requested adjournment of the initial conference.

I thank the Court for its attention to this matter.

GRANTED. The deadline for Defendant to answer Plaintiffs' Complaint is hereby EXTENDED until **June 16, 2026**, and the initial pretrial conference is hereby ADJOURNED *sine die*. The parties shall submit a joint status letter by **July 2, 2026**.

SO ORDERED. Dated May 18, 2026.

HON. MARGARET M. GARNETT
UNITED STATES DISTRICT JUDGE

Respectfully,

JAY CLAYTON
United States Attorney

By:   */s/ Dominika Tarczynska*
DOMINIKA TARCZYNSKA
Assistant United States Attorney
86 Chambers Street, Third Floor
New York, NY 10007
Tel: (212) 637-2748
dominika.tarczynska@usdoj.gov