UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE NEW YORK TIMES COMPANY and CHARLIE SAVAGE,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF JUSTICE,<br><br>Defendant. | No. 1:26-cv-2980 (MMG) |

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that David McCraw, who is admitted to practice in this Court, respectfully enters his appearance as counsel for Plaintiffs The New York Times Company and Charlie Savage in the above-captioned case.

Dated: New York, New York
September 9, 2026

*/s/ David McCraw*

David McCraw
Legal Department
The New York Times Company
620 Eighth Avenue
New York, NY 10018
Phone: (212) 556-4031
Email: mccraw@nytimes.com

*Counsel for Plaintiffs*